28995.  FISHER *v.* AMERICAN CASUALTY COMPANY.

STEPHENS, P. J.  By reason of the judgment of the Supreme Court (*Ameri-
can Casualty Co.* v. *Fisher,* 195 *Ga.* 136, 23 S. E. 2d, 395), reversing the
judgment of the Court of  Appeals (*Fisher* v. *American Casualty Co.,*
67 *Ga. App.* 784, 21 S. E. 2d, 306), where this court reversed the judg-
ment of the trial court sustaining the demurrer to the petition, the
judgment of reversal is vacated, and the judgment of the trial court is
affirmed.        *Judgment affirmed.  Sutton and Felton, JJ., concur.*

DECIDED FEBRUARY 4, 1943.

*Neely, Marshall & Greene, W. Neal Baird,* for plaintiff.
*Smith, Smith & Bloodworth,* for defendants.